UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON G. ADAMS, ) <br> ) <br>            Plaintiff, ) <br>    vs. ) <br> ) <br> DANIEL H. BROWN, *et al.*, ) <br> ) <br>           Defendants. ) <br> ) | Case No.: 2:21-cv-00979-GMN-BNW <br><br> **ORDER** |

      Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Brenda Weksler, (ECF No. 8), which recommends that the case be dismissed with prejudice. Plaintiff Brandon Adams ("Plaintiff") timely filed an Objection, (ECF No. 10). For the reasons discussed below, the Court **ADOPTS** the Magistrate Judge's R&R and dismisses the case.

      A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).

      The Court agrees with Magistrate Judge Brenda Weksler's recommendation to dismiss the case. Plaintiff, in his Objection, does not provide additional facts to cure the defects identified in the R&R, namely that this Court is barred from reviewing Plaintiff's state court case under the *Rooker-Feldman* doctrine. (R&R 4:3–9). As stated in the R&R, Plaintiff "is cautioned not to pursue this type of claim again, as this Court does not have jurisdiction to

1  review the determination of his divorce case or the actions of those who participated in it." (Id.
2  2:7–9).  Because the Court does not have subject matter jurisdiction over Plaintiff's case, the
3  Court adopts the R&R and dismisses the case with prejudice.
4       Accordingly,
5       **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 8), is
6  **ACCEPTED AND ADOPTED in full**.
7       **IT IS FURTHER ORDERED** that the Complaint, (ECF No. 1-1), is **DENIED with**
8  **prejudice**.
9       The Clerk of Court shall close the case.
10      **DATED** this __6__ day of April, 2022.

_____
Gloria M. Navarro, District Judge
United States District Court